Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry I. Eager, William C. Michaels, Leroy A. Lincoln,* and *Charles M. Blackmar* for petitioner. *Mr. Clarence A. Randolph* for respondent.

No. 329. BOSTON & MAINE RAILROAD *v.* HANLEY, ADMINISTRATRIX; and

No. 330. SAME *v.* MURPHY, ADMINISTRATRIX. October 8, 1934. Petition for writs of certiorari to the Superior Court in and for the County of Middlesex, Massachusetts, denied. *Mr. John M. Maloney* for petitioner. *Mr. Edward M. Dangel* for respondents.

No. 332. HERZOG *v.* STERN ET AL., EXECUTORS. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. James Marshall* for petitioner. *Mr. George Whitefield Betts, Jr.,* for respondents.

No. 334. DARDEN *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Herman J. Nord* and *C. C. Grassham* for petitioner. *Messrs. G. T. Fitzhugh* and *Fitzgerald Hall* for respondent.

No. 429. POCH *v.* HILL, WARDEN; and

No. 430. SAME *v.* FAKE, U. S. DISTRICT JUDGE. October 15, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Leonard R. Poch, pro se.* No appearance for respondents.